IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 20-29 |
| | ) |
| COREY P. POLLARD | ) |

### Order

And NOW, this 19th day of July 2022, the following ORDER is hereby entered. A suppression hearing was held on July 19, 2022 to address the suppression issues raised by Defendant Corey P. Pollard in his Motion to Suppress Evidence (ECF No. 263) and in his Reply to the Government's Response to the Motion to Suppress (ECF No. 269). The following rulings were made at the hearing.

1. With regard to Mr. Pollard's suppression argument, directed to the event concerning Mr. Pollard's presence in an allegedly stolen vehicle, the Court has determined that further evidence is needed before resolving this question. Therefore, a suppression hearing will be scheduled at a later date.

2. Mr. Pollard's Motion to Suppress is denied relative to his arguments concerning discrepancies with a license plate reader.

3. Although not part of the Suppression Hearing, Mr. Pollard raised the discovery issue concerning the release by the government of certain materials, including Jencks materials. The Government indicated that it intends to release such materials to Mr. Pollard two-three weeks before trial, and perhaps as much as thirty days prior to trial. Mr. Pollard's request for disclosure of such items earlier than the Government intends to turn them over, is denied.

4. All other Discovery requests made by Mr. Pollard in his separate Discovery Motion were addressed by the Court in its Opinion and Order at ECF No. 267.

_____
MARILYN J. HORAN
United States District Judge

cc:    Corey P. Pollard, pro se
       5421 Lynx Lane
       Ste #139
       Columbia, MD  21044

       Dennis Hairston, pro se
       USMS # 50963-037
       Old Frederick Road
       Baltimore, MD  21229